160 So. 920

## William L. HALL v. BLACK FINANCE CO.
### 6 Div. 773.

Court of Appeals of Alabama.
April 18, 1935.

Thos. Seay, of Birmingham, for appellant.
Ernest Matthews, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.

160 So. 920

## Eddie HALL v. STATE.
### I Div. 203.

Court of Appeals of Alabama.
April 16, 1935.

RICE, Judge.
Appeal dismissed by appellant.

159 So. 916

## Roy HALL v. STATE.
### 8 Div. 980.

Court of Appeals of Alabama.
Feb. 5, 1935.

BRICKEN, Presiding Judge
Affirmed.

155 So. 919

## Will HALL v. STATE.
### 8 Div. 960.

Court of Appeals of Alabama.
June 27, 1934.

BRICKEN, Presiding Judge.
Affirmed.

157 So. 919

## Lee HAMMOND v. CITY OF TUSCALOOSA.
### 6 Div. 679.

Court of Appeals of Alabama.
Nov. 30, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.

157 So. 919

## Lee HAMMOND v. CITY OF TUSCALOOSA.
### 6 Div. 678.

Court of Appeals of Alabama.
Nov. 30, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.

157 So. 919

## Lee HAMMOND v. CITY OF TUSCALOOSA.
### 6 Div. 677.

Court of Appeals of Alabama.
Nov. 30, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.

151 So. 924

## Will HAMMOND v. STATE.
### 5 Div. 919.

Court of Appeals of Alabama.
Nov. 28, 1933.

BRICKEN, Presiding Judge.
Affirmed.